| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  Haight, Jr., Charles S. | 2. Court or Organization  District Court, SDNY | 3. Date of Report  07/13/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Senior United States District Judge | 5a. Report Type (check appropriate type)  ☐ Nomination Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

U.S. District Court
141 Church Street
New Haven, CT 06510

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisory Trustee | American Scandinavian Foundation |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 07/13/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 07/13/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Money Market | A | Dividend | M | T | | | | | |
| 2. Walt Disney Co. | A | Dividend | K | T | Buy (add'l) | 08/05/15 | K | | |
| 3. | | | | | Buy (add'l) | 08/20/15 | J | | |
| 4. Home Depot Inc. | A | Dividend | K | T | Sold (part) | 03/02/15 | J | A | |
| 5. | | | | | Sold (part) | 04/20/15 | J | B | |
| 6. Exxon Mobil Corp. | B | Dividend | K | T | | | | | |
| 7. Berkshire Hathaway | | None | L | T | | | | | |
| 8. Quest Diagnostics | A | Dividend | J | T | | | | | |
| 9. Conn St Gen Rev Bonds | C | Interest | M | T | | | | | |
| 10. Conn State Spc Tax Oblig Rev Bonds | D | Interest | M | T | | | | | |
| 11. Capital One Savings Bank | A | Interest | M | T | | | | | |
| 12. US Trust Co of NY Bank of America Checking Account | | None | K | T | | | | | |
| 13. Guilford Savings Bank | | None | J | T | | | | | |
| 14. Columbia Select Large Cap. Fund | | None | J | T | | | | | |
| 15. MasterCard Inc. | A | Dividend | K | T | Sold (part) | 03/02/15 | J | C | |
| 16. | | | | | Sold (part) | 04/23/15 | J | C | |
| 17. Cheshire, CT GO Bonds | | None | | | Redeemed | 01/15/15 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,000 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Manchester, CT GO Bonds | C | Interest | M | T | | | | | |
| 19. Southington, CT GO Bonds (Non-Callable - due 9/1/17 & 8/1/18) | D | Interest | N | T | | | | | |
| 20. Easton, CT GO Bonds | C | Interest | M | T | | | | | |
| 21. West Hartford, CT GO Bonds | D | Interest | M | T | | | | | |
| 22. Regional School District 18 CT Bonds | D | Interest | M | T | | | | | |
| 23. Wethersfield, CT GO Bonds | D | Interest | M | T | | | | | |
| 24. TJX Cos., Inc. | A | Dividend | K | T | Sold (part) | 03/02/15 | J | A | |
| 25. | | | | | Sold (part) | 04/20/15 | J | A | |
| 26. Church & Dwight, Inc. | A | Dividend | K | T | Sold (part) | 03/02/15 | J | B | |
| 27. | | | | | Sold (part) | 04/20/15 | J | B | |
| 28. Hershey Co. | A | Dividend | J | T | Sold (part) | 03/05/15 | J | A | |
| 29. | | | | | Sold (part) | 04/23/15 | J | B | |
| 30. JP Morgan Alerian MLP Index ETN | | None | | | Sold | 12/21/15 | K | | |
| 31. Cerner Corp. | | None | | | Sold (part) | 03/05/15 | J | B | |
| 32. | | | | | Sold | 04/23/15 | J | B | |
| 33. Valeant Pharmaceuticals Intl., Inc. | | None | | | Sold (part) | 03/02/15 | J | C | |
| 34. | | | | | Sold (part) | 04/20/15 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 07/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 10/21/15 | K | D | |
| 36. Hunt JB Trans Svcs. Inc. | A | Dividend | J | T | Sold (part) | 03/02/15 | J | A | |
| 37. | | | | | Sold (part) | 04/20/15 | J | A | |
| 38. Apple, Inc. | A | Dividend | K | T | Sold (part) | 03/02/15 | J | B | |
| 39. | | | | | Sold (part) | 04/23/15 | J | C | |
| 40. Google, Inc. | | None | | | Sold (part) | 03/02/15 | J | B | |
| 41. | | | | | Sold | 04/20/15 | J | B | |
| 42. Southington, CT GO Bonds (Non-Callable - due 8/1/18) | C | Interest | M | T | | | | | |
| 43. Stericycle Inc. | | None | | | Buy (add'l) | 03/02/15 | J | | |
| 44. | | | | | Buy (add'l) | 03/03/15 | J | | |
| 45. | | | | | Buy (add'l) | 03/04/15 | J | | |
| 46. | | | | | Buy (add'l) | 03/05/15 | J | | |
| 47. | | | | | Buy (add'l) | 03/06/15 | J | | |
| 48. | | | | | Buy (add'l) | 03/10/15 | J | | |
| 49. | | | | | Sold (part) | 03/11/15 | J | | |
| 50. | | | | | Sold (part) | 04/20/15 | J | A | |
| 51. | | | | | Sold (part) | 12/15/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 07/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 12/16/15 | J | | |
| 53. | | | | | Sold | 12/17/15 | J | | |
| 54. Johnson & Johnson | A | Dividend | K | T | Sold (part) | 03/02/15 | J | A | |
| 55. | | | | | Sold (part) | 04/20/15 | J | | |
| 56. Polaris | | None | | | Sold (part) | 03/02/15 | J | A | |
| 57. | | | | | Sold (part) | 04/20/15 | J | A | |
| 58. | | | | | Sold | 12/22/15 | J | | |
| 59. LyondellBasell Industries | A | Dividend | K | T | Sold (part) | 03/02/15 | J | A | |
| 60. | | | | | Sold (part) | 04/20/15 | J | A | |
| 61. Costco Wholesale Corp. (misspelled on prior report as "Cosco") | A | Dividend | K | T | Sold (part) | 03/02/15 | J | A | |
| 62. | | | | | Sold (part) | 04/20/15 | J | A | |
| 63. Gilead Sciences, Inc. | A | Dividend | K | T | Sold (part) | 02/27/15 | K | D | |
| 64. | | | | | Sold (part) | 03/02/15 | J | A | |
| 65. | | | | | Sold (part) | 04/20/15 | J | B | |
| 66. Priceline Group | | None | K | T | Sold (part) | 03/02/15 | J | A | |
| 67. | | | | | Sold (part) | 04/20/15 | J | B | |
| 68. Amphenol Corp. | A | Dividend | J | T | Sold (part) | 04/20/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 07/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. American Express Co. | | None | | | Sold (part) | 03/02/15 | J | | |
| 70. | | | | | Sold (part) | 04/20/15 | J | | |
| 71. | | | | | Sold (part) | 07/15/15 | J | | |
| 72. | | | | | Sold | 07/16/15 | J | | |
| 73. Regeneron Pharmaceuticals, Inc. | | None | K | T | Sold (part) | 04/20/15 | J | B | |
| 74. Morgan Stanley | A | Dividend | K | T | Sold (part) | 03/02/15 | J | | |
| 75. | | | | | Sold (part) | 04/20/15 | J | A | |
| 76. Salesforce.com | | None | J | T | Sold (part) | 03/02/15 | J | A | |
| 77. | | | | | Sold (part) | 04/20/15 | J | A | |
| 78. Metro-West T/R BD | E | Interest | O | T | | | | | |
| 79. Autozone, Inc. | | None | K | T | Sold (part) | 03/02/15 | J | A | |
| 80. | | | | | Sold (part) | 04/20/15 | J | A | |
| 81. Starbucks | A | Dividend | K | T | Sold (part) | 03/02/15 | J | A | |
| 82. | | | | | Sold (part) | 04/20/15 | J | A | |
| 83. Tesla Motors | | None | J | T | Sold (part) | 03/02/15 | J | | |
| 84. | | | | | Sold (part) | 04/20/15 | J | | |
| 85. McKesson Corp. | A | Dividend | K | T | Sold (part) | 03/02/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 07/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 04/20/15 | J | B | |
| 87. Zoetis, Inc. | A | Dividend | K | T | Sold (part) | 03/02/15 | J | A | |
| 88. | | | | | Sold (part) | 04/20/15 | J | A | |
| 89. Danaher Corp. | A | Dividend | K | T | Sold (part) | 03/02/15 | J | A | |
| 90. | | | | | Sold (part) | 04/20/15 | J | A | |
| 91. Union Pacific Corp. | A | Dividend | | | Sold (part) | 03/02/15 | J | A | |
| 92. | | | | | Sold (part) | 04/20/15 | J | A | |
| 93. | | | | | Sold (part) | 08/08/15 | J | A | |
| 94. | | | | | Sold (part) | 12/17/15 | J | | |
| 95. | | | | | Sold | 12/18/15 | J | | |
| 96. United Rentals Corp. | | None | | | Sold (part) | 02/27/15 | J | | |
| 97. | | | | | Sold (part) | 03/02/15 | J | A | |
| 98. | | | | | Sold | 03/03/15 | J | A | |
| 99. 3M Co. | A | Dividend | | | Sold (part) | 03/02/15 | J | A | |
| 100. | | | | | Sold (part) | 04/20/15 | J | A | |
| 101. | | | | | Sold | 08/05/15 | J | A | |
| 102. Alibaba Group | | None | | | Sold (part) | 03/02/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 07/13/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 04/20/15 | J | | |
| 104. | | | | | Sold | 12/23/15 | J | | |
| 105. Facebook, Inc. | | None | K | T | Sold (part) | 03/02/15 | J | A | |
| 106. | | | | | Sold (part) | 04/20/15 | J | A | |
| 107. FireEye, Inc. | | None | | | Sold (part) | 02/15/15 | J | | |
| 108. | | | | | Sold (part) | 03/02/15 | J | A | |
| 109. | | | | | Sold (part) | 04/20/15 | J | A | |
| 110. | | | | | Sold | 12/16/15 | J | | |
| 111. Microsoft Corp. | B | Dividend | K | T | Sold (part) | 03/03/15 | J | A | |
| 112. | | | | | Sold (part) | 04/20/15 | J | A | |
| 113. Verizon | A | Dividend | K | T | Sold (part) | 03/02/15 | J | | |
| 114. | | | | | Sold (part) | 04/20/15 | J | | |
| 115. SPDR S&P 500 ETF | | None | | | Sold | 01/30/15 | K | A | |
| 116. DoubleLine Total Return Bond Fund | D | Interest | | | Buy (add'l) | 03/05/15 | L | | |
| 117. | | | | | Buy (add'l) | 04/21/15 | L | | |
| 118. | | | | | Buy (add'l) | 04/28/15 | M | | |
| 119. | | | | | Redeemed | 12/22/15 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 07/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Columbia CT Intermediate Muni Bond Fund | C | Interest | L | T | | | | | |
| 121. EOG Resources Inc. | | None | | | Buy | 02/09/15 | K | | |
| 122. | | | | | Sold (part) | 03/02/15 | J | | |
| 123. | | | | | Sold (part) | 04/20/15 | J | A | |
| 124. | | | | | Sold | 12/17/15 | J | | |
| 125. Amazon.com | | None | K | T | Buy | 01/30/15 | K | | |
| 126. Alphabet Inc. | | None | K | T | Buy | 01/30/15 | K | | |
| 127. Lauder Estee Cos. Inc. | A | Dividend | K | T | Buy | 01/12/15 | J | | |
| 128. | | | | | Buy (add'l) | 01/13/15 | J | | |
| 129. | | | | | Sold (part) | 03/02/15 | J | A | |
| 130. | | | | | Sold (part) | 04/20/15 | J | A | |
| 131. BB & T Corp. | A | Dividend | K | T | Buy | 07/15/15 | J | | |
| 132. | | | | | Buy (add'l) | 07/16/15 | J | | |
| 133. Ishares Russell 1000 Growth | A | Dividend | K | T | Buy | 12/17/15 | K | | |
| 134. Allergan PLC | | None | K | T | Buy | 12/18/15 | J | | |
| 135. Actavis PLC | | None | | | Buy | 02/27/15 | K | | |
| 136. | | | | | Sold (part) | 03/02/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 07/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 04/20/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, page 11, lines 125 & 126 (Amazon.com and Alphabet Inc.) - Dates of purchase to be confirmed with financial advisor and revised/amended if necessary.

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 07/13/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Charles S. Haight, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544